1  GARY M. ROBERTS (State Bar No. 132452)
   groberts@sonnenschein.com
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   601 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
4  Facsimile: (213) 623-9924

5  BONNIE LAU (State Bar No. 246188)
   blau@sonnenschein.com
6  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
7  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
8  Facsimile: (415) 882-0300

9  Attorneys for Defendant
   McKesson Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. TUCKER, on his behalf and on behalf of all statutory beneficiaries of MICHELLE L. TUCKER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION, KV PHARMACEUTICAL COMPANY, ETHEX CORPORATION and THER-RX CORPORATION,<br><br>Defendants. | Case No. 4:10-cv-02981-SBA<br><br>NOTICE OF CHANGE IN COUNSEL AND [~~PROPOSED~~] ORDER |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that that Gary M. Roberts, Bonnie Lau and the law firm of Sonnenschein Nath & Rosenthal LLP withdraw as counsel for Defendant McKesson Corporation ("McKesson"). McKesson substitutes as its counsel of record Duane C. Musfelt (State Bar No. 72058) of the law firm of Lewis Brisbois Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San Francisco, CA 94104-4448, 415.362.2580.

Dated: September 8, 2010        SONNENSCHEIN NATH & ROSENTHAL LLP


                                By: _____
                                         GARY M. ROBERTS
                                         BONNIE LAU

Dated: September 8, 2010        LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By: _____
                                         DUANE C. MUSFELT

I consent to the above substitution.

Dated: September 7, 2010        MCKESSON CORPORATION


                                By: _____
                                         MINH T. HOANG


IT IS SO ORDERED.

Dated: 9/9/10                   _____
                                Hon. Saundra Brown Armstrong
                                U.S. District Court Judge

27352831

## PROOF OF SERVICE

I, Diane Donner, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On September 8, 2010, I served the following documents, described as:

**NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER**

on all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 8, 2010 at San Francisco, California.



/s/Diane Donner
Diane Donner

Case No. 4:10-cv-02981-SBA

-2-

NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER