DUANE C. MUSFELT, SB# 72058
E-Mail: musfelt@lbbslaw.com
PAMELA M. FERGUSON, SB# 202587
E-Mail: ferguson@lbbslaw.com
SHAHRAM NASSI, SB# 239812
E-Mail: nassi@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
McKesson Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID R. TUCKER, on his behalf and on behalf of all statutory beneficiaries of MICHELLE L. TUCKER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, KV PHARMACEUTICAL COMPANY, ETHEX CORPORATION and THER-RX CORPORATION,<br><br>Defendants. | CASE NO. CV-10-02981-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MCKESSON ONLY**<br><br>Hon. Saundra Brown Armstrong<br><br>Complaint filed: June 8, 2010<br>Trial Date: None Set |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, DAVID R. TUCKER, on his behalf and on behalf of all statutory beneficiaries of MICHELLE L. TUCKER, Deceased, by and through their respective counsel of record, Lowell W. Finson of Philips National Injury Law Group, and Defendant, MCKESSON CORPORATION, by and through their attorney of record Pamela M. Ferguson of Lewis Brisbois Bisgaard & Smith LLP, that this action be dismissed, without prejudice,

as against Defendant MCKESSON CORPORATION ONLY, each party to bear their own costs and attorneys' fees.

DATED: September 23, 2010      PHILIPS NATIONAL INJURY LAW GROUP

By: _____
Lowell W. Finson
Attorneys for Plaintiff, DAVID R. TUCKER, on his behalf and on behalf of all statutory beneficiaries of MICHELLE L. TUCKER, Deceased

DATED: September ___, 2010      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Duane C. Musfelt
Pamela M. Ferguson
Shahram Nassi
Attorneys for Defendant
McKesson Corporation

## ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS SO ORDERED this 12 day of October, 2010.

_Saundra B. Armstrong_

HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

as against Defendant MCKESSON CORPORATION ONLY, each party to bear their own costs and attorneys' fees.

DATED: September ___, 2010        PHILIPS NATIONAL INJURY LAW GROUP


                                  By: _____
                                      Lowell W. Finson
                                      Attorneys for Plaintiff, DAVID R.
                                      TUCKER, on his behalf and on behalf of all
                                      statutory beneficiaries of MICHELLE L.
                                      TUCKER, Deceased


DATED: September 24, 2010         LEWIS BRISBOIS BISGAARD & SMITH LLP


                                  By: _____
                                      Duane C. Musfelt
                                      Pamela M. Ferguson
                                      Shahram Nassi
                                      Attorneys for Defendant
                                      McKesson Corporation


## ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS SO ORDERED** this ___ day of September, 2010.


                                  _____
                                  HONORABLE SAUNDRA B. ARMSTRONG
                                  UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
*Tucker v. McKesson Corporation, et al.*
U.S.D.C., Northern District, Case No. CV-02981-SBA

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 24, 2010, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MCKESSON ONLY**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| **Attorneys for Plaintiffs**<br>Joshua S. Parilman<br>Lowell W. Finson<br>PHILLIPS NATIONAL INJURY GROUP<br>20 East Thomas Road, 26th Floor<br>Phoenix, AZ 85012<br>Phone: 602-258-8900<br>Fax: 602-288-1632<br>parilman@aol.com<br>lowellf@phillipslaw.ws | Bonnie Lau<br>Karen Marchiano<br>Sonnenschein Nath & Rosenthal LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Phone: 415-882-5000<br>Fax: 415-882-0300<br>blau@sonnenschein.com<br>kmarchiano@sonnenschein.com<br><br>Gary M. Roberts<br>Sonnenschein Nath & Rosenthal LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Phone: 213-623-9300<br>Fax: 213-623-9924<br>groberts@sonnenschein.com |
|---|---|

The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 24, 2010, at San Francisco, California.

_____
Nancy Lew-Pham

LEWIS BRISBOIS BISGAARD & SMITH LLP

4827-8009-6775.1